# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LILA MECHALEY,<br><br>        Defendant. | 8:12CR400<br><br>**ORDER** |

Defendant Lila Mechaley appeared before the court on June 14, 2017 on a Petition for Offender Under Supervision [49]. The defendant was represented by Assistant Federal Public Defender Michael J. Hansen, and the United States was represented by Assistant U.S. Attorney Lecia E. Wright. Through her counsel, the defendant waived her right to a probable cause hearing on the Petition for Offender Under Supervision [49] pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. A detention hearing was held on June 14, 2017. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is neither a flight risk nor a danger, the court finds the defendant has failed to carry her burden and that she should be detained pending a dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on July 27, 2017 at 3:00 p.m. Defendant must be present in person.

2. The defendant, Lila Mechaley, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 15th day of June, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge